Charles M. Glidden, appellee, v. Harrington Manufacturing Company, appellant. Gen. No. 6,806.

Action to recover for injuries of person struck by automobile while riding bicycle. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the April term, 1920. Reversed with finding of facts. Opinion filed October 12, 1920. Rehearing denied December 2, 1920.

Weil & Bartley and Mansfield & Cowan, for appellant. Nathan H. Weiss, for appellee.

Mr. Justice Heard delivered the opinion of the court.